UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Joshua E. Frost,

    Petitioner,

v.

Warden, Chillicothe
Correctional Institute,

    Respondent.

Case No. 2:19-cv-424
Judge Michael H. Watson
Chief Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On December 20, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. ECF No. 7. Although the parties were advised of the right to object to the R&R, and of the consequences of failing to do so, no objections have been filed. Therefore, the R&R, ECF No. 7, is **ADOPTED** and **AFFIRMED**. The action is **DISMISSED without prejudice**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**