# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**Joshua E. Frost,**

      **Petitioner,**

                    **Case No.   2:19-cv-4244**

      vs.

**Warden, Chillicothe Correctional**        **Judge Watson**
 **Institution,**                         **Magistrate Judge Deavers**

      **Respondent.**

[]   **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[]   **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

[x]   **Decision by Court.**   This action was decided by the Court without a trial or hearing.

**PURSUANT TO THE OPINION AND ORDER filed on 1/15/2020**, the Court **ADOPTS AND AFFIRMS** the Report and Recommendation. The action is **DISMISSED without prejudice**. The Court **DECLINES** to issue a certificate of appealability.

Date:   January 15, 2020               **Richard W. Nagel, Clerk of Court**

                                   By:    /s/Eduardo Rivera
                                       Eduardo Rivera, Deputy Clerk